Sarah Barrows (SBN# 253278)
barrowss@gtlaw.com
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

Mark A. Berthiaume (*pro hac vice*)
berthiaumem@gtlaw.com
Zachary C. Kleinsasser (*pro hac vice*)
kleinsasserz@gtlaw.com
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001

*Attorneys for Plaintiff CrossFit, Inc.*

Anne Johnson Palmer (CBN# 302235)
anne.johnsonpalmer@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

Jane E. Willis (*pro hac vice*)
Erin R. Macgowan (*pro hac vice*)
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Attorneys for Defendant Reebok International Ltd.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CROSSFIT, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>REEBOK INTERNATIONAL LTD.<br><br>    Defendant<br><br>REEBOK INTERNATIONAL LTD.,<br><br>    Plaintiff-in-Counterclaim,<br><br>  v.<br><br>CROSSFIT, INC.,<br><br>    Defendant-in-Counterclaim | Case No. 3:18-cv-03566<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**<br><br>Hon. William H. Orrick |

**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION**

The Court having considered the parties Stipulation to Dismiss the Entire Action With Prejudice Pursuant to Federal Rule of Civil Procedure 41, and good cause appearing therefor, it is hereby ordered as follows:

Plaintiff CrossFit, Inc.'s claims and Defendant Reebok International Ltd.'s counterclaim in the above entitled action are hereby dismissed with prejudice, with no rights of appeal and with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: August 30, 2018

_____
The Honorable William H. Orrick
United States District Judge